

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00103-CV

_____

NANCY HART AND ALL OTHER OCCUPANTS, Appellant

V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court No. C114-089

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Nancy Hart, appellant, has filed a motion seeking to dismiss this appeal.[1] Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     April 7, 2015
Date Decided:       April 8, 2015

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.